JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA MARGARET AHEDO,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 24-02407-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: March 5, 2025

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE